# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Mark Taylor | ) | Case No: 14 C 9276 |
| | ) | |
| v. | ) | |
| | ) | Judge: John W. Darrah |
| Galaxy Asset Purchasing, LLC et al | ) ) | |

# **ORDER**

Status hearing and ruling on motion hearing held. For the reasons stated in the attached memorandum opinion and order, Defendants' Motion to Dismiss Plaintiff's Complaint [19] is denied. Enter Memorandum Opinion and Order. Defendants to file an answer by 6/25/15. Status hearing set for 8/19/15 at 9:30 a.m.

(T:) 00:05

Date: 6/11/15                                                         /s/ Judge John W. Darrah